OPINION — AG — ** EMERGENCY RELIEF BOARD — APPROPRIATION ** QUESTION: CAN THIS BOARD BE AUTHORIZED TO PAY THE COST OF SAID CHEMICALS " OUT OF THE $323,806.00 " ? — AFFIRMATIVE (PURCHASE OF CHEMICALS TO BE USED BY THE STATE HEALTH DEPARTMENT IN SPRAYING FLOODED AREAS IN ORDER THAT THEY MIGHT PREVENT DISEASE AND PRESERVE HEALTH WITHIN THE AREAS) CITE: 56 O.S. 26.3 [56-26.3], 56 O.S. 26.10 [56-26.10] (FRED HANSEN)